**Order filed September 11, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00130-CV
_____

**CAN CONG CHAU, Appellant**

**V.**

**HOUSTON EVICTIONS FOR DANNY TRAN, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1104795**

## O R D E R

Appellant's brief was due May 31, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 26, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM